**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00250-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

PAUL W. DRIGGER,

    Plaintiff,

v.

THE HONORABLE BENJAMIN SIMPSON, Individually and in His Official Capacity as
    Magistrate in the Court of Kootenai County, Idaho,
THE HONORABLE CLARK PETERSON, Individually and in His Official Capacity as
Magistrate in the Court of Kottenai County, Idaho,
ALL OTHER DISTRICT AND MAGISTRATE COURT JUDGES OF KOTTENAI
    COUNTY, IDAHO,
LAUREN HAYDEN, Individually and in Her Official Capacity as Attorney at Law, and
KAREN VASSALLO,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff has submitted a document titled "Complaint for Injunctive and Declaratory Relief," an Application to Proceed in Forma Pauperis, a Letter and an "Ex Parte Memorandum of Points and Authorities in Support of Plaintiff's Choice of Venue." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __  is not submitted
(2) __  is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing: <u>(Account statement submitted does not cover 6-month period immediately preceding this filing and is not certified by an appropriate official of Plaintiff's penal institution.)</u>
(4) __  is missing certificate showing current balance in prison account
(5) __  is missing required financial information
(6) __  is missing an original signature by the prisoner
(7) _X_ is not on proper form (must use the court's current form)
(8) __  names in caption do not match names in caption of complaint, petition or habeas application
(9) _X_ other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application**:
(10) __  is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) __  is missing an original signature by the prisoner
(13) __  is missing page nos. ___
(14) __  uses et al. instead of listing all parties in caption
(15) __  names in caption do not match names in text
(16) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) __  other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED February 7, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge